IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY LEIBERT,<br><br>                 Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>                 Defendant. | **8:12CV349**<br><br>**ORDER OF DISMISSAL** |

Before the court is the Findings and Recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 4, recommending that this court dismiss this case due to plaintiff's failure to proceed against the defendant by service of the summons or any other action.

No objection has been filed to the Findings and Recommendation. Pursuant to NECivR 41.2 , the court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

(1)     The report and recommendation, Filing  No. 4, is adopted in its entirety; and

(2)     This case is dismissed, without prejudice, for plaintiff's failure to prosecute.

Dated this 25th day of June, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge